1 Anoush Hakimi (SBN 228858)
  anoush@handslawgroup.com
2 Peter Shahriari (SBN 237074)
  peter@handslawgroup.com
3 Ani Avetisyan (SBN 266679)
  ani@handslawgroup.com
4 Laura Steven (SBN 332168)
  laura@handslawgroup.com
5 **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
  1800 Vine Street,
6 Los Angeles, CA 90028

7 Telephone: (888) 635-2250
  Facsimile: (213) 402 - 2170

8 Attorneys for Plaintiff,
  **SHAMAR JACKSON**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>FATT CAT LLC, a California Limited Liability Company; and Does 1-10,<br><br>           Defendants. | Case No.: 2:20-cv-07192-DSF-PD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

   IT IS HEREBY STIPULATED by and between the Plaintiff Shamar Jackson on the one hand, and Defendant FATT CAT LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant FATT CAT LLC, from Plaintiff's Complaint, Case Number 2:20-cv-07192-DSF-PD. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: March 25, 2021    THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: /s/Peter Shahriari
   Peter Shahriari, Esq.
   Attorneys for Plaintiff, Shamar Jackson

Dated: March 25, 2021    HATMAKER LAW GROUP

By: /s/ Rachelle Taylor Golden
   Rachelle Taylor Golden, Esq.
   Attorneys for Defendant, FATT CAT LLC,

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff Shamar Jackson

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS