UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FATT CAT LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-07192-DSF-PD<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　August 10, 2020<br>Trial Date:　　Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shamar Jackson's action against Defendant FATT CAT LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

IT IS SO ORDERED.

DATED:  March 26, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE